UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDAL T. BORETOS,

    Plaintiff,

v.                                            CASE NO. 8:18-cv-1132-T-23TGW

BAE SYSTEMS TECHNOLOGY
SOLUTIONS & SERVICES, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' notice (Doc. 29), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 14, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE